UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ORTEGA,<br><br>                Plaintiff,<br><br>    v.<br><br>SERENDIPITY BRANDS LLC,<br><br>                Defendant. | Case No. 1:22-cv-00939 (RA) |

**[PROPOSED]** **ORDER**

**WHEREAS**, on June 15, 2022, Defendant Serendipity Brands LLC filed a letter motion requesting through July 18, 2022 to answer, move, or otherwise respond to the Complaint. The Court, having reviewed the letter motion, **HEREBY GRANTS** Defendant's request and **ORDERS** as follows:

The time for Defendant Serendipity Brands LLC to answer, move, or otherwise respond to the Complaint is extended through **July 18, 2022**;

The parties have through **August 4, 2022** to submit a joint letter requesting that the Court either (1) refer the case to mediation or magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter (per the Court's February 7, 2022 Order, ECF 5).

Dated this __17th__ day of June, 2022

_____
The Honorable Ronnie Abrams
United States District Judge